1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   BYRON G. MARTIN,                        CASE NO. 1:03-cv-06835-LJO-NEW (DLB) PC

10                      Plaintiff,          ORDER GRANTING MOTION AND
                                            DEEMING SECOND AMENDED
11       v.                                 COMPLAINT AMENDED TO IDENTIFY
                                            DEFENDANT DOE 1 AS C/O PADILLA AND
12   COMMISSIONER OF CALIFORNIA             DEFENDANT DOE 2 AS C/O RAUH
     DEPT. OF CORRECTIONS, et al.,
13                                          (Doc. 27)
                        Defendants.
14
                                        /
15

16       Plaintiff Byron G. Martin ("plaintiff") is a prisoner proceeding pro se and in forma pauperis

17   in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 2, 2007, plaintiff filed a motion

18   seeking to amend to identify defendant Doe 1 as Correctional Officer Padilla and defendant Doe 2

19   as Correctional Officer Rauh.

20       Plaintiff's motion is HEREBY GRANTED in that the second amended complaint is deemed

21   amended to identify these defendants by name.

22

23       IT IS SO ORDERED.

24   **Dated:    May 1, 2007**            _____/s/ **Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                         1