# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON G. MARTIN,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF CALIFORNIA<br>DEPT. OF CORRECTIONS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:03-cv-06835-LJO-NEW (DLB) PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 20) |

Plaintiff Byron G. Martin ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November 14, 2003.  The court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendant Padilla aka Doe 1 for use of excessive physical force in violation of the Eighth Amendment, against defendant Rauh aka Doe 2 for failure to protect plaintiff from harm in violation of the Eighth Amendment, and against defendant Doe 4 for denial of procedural due process in violation of the Fourteenth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's supervisory liability claim against defendant Doe 3, the warden, be dismissed from this action for failure to state a claim upon which relief may be granted.

1

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:[2]

    C/O RAUH AKA DOE 1

    C/O PADILLA AKA DOE 2

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed August 12, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed second amended complaint filed August 12, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **May 2, 2007**              /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

---

[2] When plaintiff ascertains the identity of Doe 4, the hearing officer, he may notify the court and it will direct the Marshal to initiate service of process.