UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON G. MARTIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF CALFORNIA<br>DEPT. OF CORRECTIONS, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:03-cv-06835 LJO NEW (DLB) P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 34)<br><br>**ORDER DISMISSING CERTAIN CLAIM** |

　　Plaintiff, Byron G. Martin ("plaintiff"), a prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　On May 2, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 2, 2007, are ADOPTED IN FULL;

2. This action proceed on plaintiff's second amended complaint, filed August 12, 2005, against defendant Padilla aka Doe 1 for use of excessive physical force, against defendant Rauh aka Doe 2 for failure to protect plaintiff from harm, and against defendant Doe 4 for denial of procedural due process; and,

3. Plaintiff's claim for relief against defendant Doe 3, the warden, for supervisory liability is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:   June 21, 2007**             /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE