IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BYRON G. MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | 1:03-cv-6835 LJO NEW(DLB) P<br><br>ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 42) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 20, 2007, defendants Rauh and Padilla filed a request for extension of time to file their responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants Rauh and Padilla are granted an extension of time, up to and including **September 26, 2007**, in which to file their responsive pleading.

IT IS SO ORDERED.

Dated:   **August 24, 2007**              /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE

1