# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON G. MARTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | 1:03-cv-06835-LJO-GSA-PC<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT DOE #4 SHOULD NOT BE DISMISSED FROM THIS ACTION<br><br>RESPONSE FROM PLAINTIFF DUE IN THIRTY DAYS |

Byron G. Martin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 14, 2003 in the United States District Court for the District of Vermont. The action was transferred to this court on December 4, 2003 and received on December 15, 2003. (Doc. 1)

On May 2, 2007, the court issued findings and recommendations for this action to proceed on plaintiff's second amended complaint dated August 12, 2005, against defendants Doe #1 (Padilla) for excessive force, Doe #2 (Rauh) for failure to protect, and Doe #4 (hearing officer) for due process violations. (Doc. 34.) The findings and recommendations were adopted by the District Judge on June 22, 2007. (Doc. 41.)

On May 2, 2007, the court forwarded documents to plaintiff with instructions to complete and return them to the court for service of process on defendants Padilla and Rauh. (Doc. 35.)

1

1  Plaintiff was advised that service of process on defendant Doe #4 (hearing officer) would be
2  initiated when plaintiff ascertained the identity of Doe #4.  (Id. at fn 2.)  On June 19, 2007, the
3  court ordered the U.S. Marshal to initiate service of process upon defendants Padilla and Rauh.
4  (Doc. 40.)

5  On September 13, 2007, defendants Padilla and Rauh filed an answer to the second
6  amended complaint.  (Doc. 45.)  On September 28, 2007, the court issued a
7  Discovery/Scheduling Order which established a discovery cut-off date of May 27, 2008 and a
8  dispositive motions deadline of July 28, 2008.  (Doc. 49.)  The time for discovery and filing of
9  dispositive motions has now expired.  At this stage of the proceeding, the court begins to prepare
10 for trial.  However, to date plaintiff has not notified the court of the identity of defendant Doe #4,
11 and Doe #4 has not been served with process.  Therefore, plaintiff shall be ordered to show cause
12 why defendant Doe #4 should not be dismissed from this action.  Within thirty days, plaintiff
13 shall file a written response with the court explaining why defendant Doe #4 should not be
14 dismissed.  In the alternative, plaintiff may file a non-opposition to the dismissal of defendant
15 Doe #4.

16 Accordingly, IT IS HEREBY ORDERED that:

17 1. Within thirty days from the date of service of this order, plaintiff shall file a
18 written response showing cause why defendant Doe #4 should not be dismissed
19 from this action;
20 2. In the alternative, plaintiff may file a written non-opposition to the dismissal of
21 defendant Doe #4; and
22 3. Plaintiff's failure to comply with this order shall result in a recommendation that
23 this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 13, 2008**                              /s/ Gary S. Austin
                                                         UNITED STATES MAGISTRATE JUDGE