UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON G. MARTIN,<br><br>             Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CALIFORNIA<br>DEPARTMENT OF CORRECTIONS,<br>et al.,<br><br>             Defendants.<br>_____/ | 1:03-cv-06835-LJO-GSA-PC<br><br>NOTICE OF TRIAL-SETTING CONFERENCE<br><br>Telephonic Trial-Setting Conference:<br><br>December 22, 2008, at 8:00 a.m.<br>Courtroom 4 (LJO)<br><br>Jury Trial:    To Be Scheduled |

**PLEASE TAKE NOTICE**:

This matter is set for a telephonic trial-setting conference before the Honorable Lawrence J. O'Neill on **December 22, 2008, at 8:00 a.m.** in Courtroom 4. Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5680**.

IT IS SO ORDERED.

**Dated:    December 3, 2008**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE