UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON G. MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>C/O RAUH and C/O PADILLA,<br><br>    Defendants.<br>_____/ | 1:03-cv-06835-LJO-GSA-PC<br><br>ORDER GRANTING DEFENDANTS'<br>EXTENSION OF TIME TO FILE STIPULATION<br>FOR DISMISSAL<br><br>DEADLINE <u>JUNE 3, 2009</u> |

       Plaintiff Byron G. Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 4, 2003 at the United States District Court for the District of Vermont. The action was transferred to this court on December 4, 2003 and received on December 15, 2003. (Doc. 1.)

       On January 13, 2009, a settlement conference was held in this case before Magistrate Judge Sandra M. Snyder. The case was settled on the record. Defendants agreed to file the signed stipulation for dismissal by February 4, 2009. (Doc. 68.) On February 4, 2009, Defendants requested and were granted an extension of time until May 4, 2009 to file the stipulation for dismissal. (Doc. 69.)

       On May 4, 2009, Defendants filed a request for a second extension of time to file the signed stipulation for dismissal, explaining that the California Department of Corrections and Rehabilitation is in the process of reissuing a settlement payment to Plaintiff at his California address. Defendants explained that additional time is necessary to allow this new settlement payment to issue.

1    Good cause having been shown, and GOOD CAUSE APPEARING THEREFOR,
2    IT IS HEREBY ORDERED that Defendants are granted an extension of time, <u>up to and including</u>
3    <u>June 3, 2009</u>, in which to file the signed stipulation for dismissal.

5    IT IS SO ORDERED.
6    **Dated:   May 6, 2009**                    /s/ **Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE