# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON G. MARTIN, | 1:03-cv-06835-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE, DUE TO SETTLEMENT |
| v. | (Doc. 74.) |
| C/O RAUH and C/O PADILLA, | ORDER FOR CLERK TO CLOSE CASE AND SERVE ORDER ON MAGISTRATE JUDGE SANDRA M. SNYDER |
| Defendants. | |

Plaintiff Byron G. Martin ("Plaintiff") is a former prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 4, 2003 at the United States District Court for the District of Vermont. The case was transferred to this court on December 4, 2003 and received on December 15, 2003. (Doc. 1.)

On June 3, 2009, the Plaintiff and all of the Defendants remaining in this action filed a stipulation for voluntary dismissal of this action with prejudice, notifying the court that the parties have entered into a settlement agreement. (Doc. 74.) Pursuant to Rule 41(a), "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P 41(a)(1)(A)(ii). Therefore, this action shall be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the parties' stipulation filed June 3, 2009, this action is voluntarily DISMISSED in its entirety with prejudice, due to settlement; and

2. The Clerk of the Court is DIRECTED to:

    (1) Close the file in this case and adjust the docket to reflect voluntary dismissal of this action; and

    (2) Serve a copy of this order on Magistrate Judge Sandra M. Snyder.

IT IS SO ORDERED.

**Dated:     June 4, 2009**                     /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE